UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD L. WILBORN<br><br>               Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS<br><br>               Defendant. | Case No.:  20cv1981-LAB (BGS)<br><br>**ORDER CLARIFYING ORDER GRANTING LEAVE TO AMEND** |

      Plaintiff Harold Wilborn filed a motion for leave to amend. Defendant filed a notice of non-opposition, and included in his notice a request that he be given 28 days to respond to the amended complaint. The Court granted Wilborn's unopposed motion and ordered that Defendant would have the 28 days to respond that he requested. The Court also ordered Secretary Alejandro Mayorkas substituted in as Defendant. *See* Fed. R. Civ. Pl. 25(d). Plaintiff's amended complaint was then filed on April 28. Defendant must answer or otherwise respond to the amended complaint within 28 days of that date.

      Wilborn on May 5 submitted what appears to be a reply brief to Defendant's non-opposition. The brief was not particularly clear, and it might also have been intended as an opposition to the request for an additional two weeks to respond. By discrepancy order, the Court rejected that reply brief for filing.

To the extent Wilborn thinks the Court lacked authority to grant Defendant 28 days to respond, he is mistaken. Under Fed. R. Civ. P. 15(a)(3), the default deadline to respond to an amended complaint is fourteen days, but the Court is specifically authorized to set a different time. Because Wilborn's amended complaint was significantly longer than his original complaint, in the Court's view a longer response time was appropriate. Wilborn's substantial rights are unaffected by the brief extension.

Although Defendant did not oppose Wilborn's motion for leave to amend, his non-opposition does not amount to a concession that the amended complaint is meritorious. Nothing prevents him from filing a motion to dismiss it, or another dispositive motion.

**IT IS SO ORDERED**.

Dated: May 10, 2021

Honorable Larry Alan Burns
United States District Judge